IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| MOLLY ANDERSON, | ) | |
| | ) | |
| PLAINTIFF, | ) | |
| | ) | |
| v. | ) | |
| | ) | Case No.: 2018-cv-06942 |
| CONSUMER LAW PARTNERS, LLC, | ) | |
| AN ILLINOIS LIMITED LIABILITY | ) | |
| COMPANY, AND RACHEL SCHATZ, | ) | |
| INDIVIDUALLY | ) | |
| | ) | |
| DEFENDANT. | | |

**DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Defendants, by and through their attorneys, Jaffe & Berlin, LLC, and pursuant to Federal Rule of Civil Procedure 12(h)(3), respectfully requests this Court to dismiss Plaintiff's Complaint and in support thereof states as follows:

1. Plaintiff has brought this five (5) count Complaint alleging claims for unpaid overtime and statutory damages under the Fair Labor Standards Act, 29 U.S.C. 201 *et seq.* (the "FLSA"), the Portal to Portal Act, 29 U.S.C. 251 *et seq.*, the Illinois Minimum Wage Law, 820 ILCS 105/1 *et seq.* (the "IMWL") and the Chicago Minimum Wage Ordinance, 1-24-10 of the Municipal Code of Chicago, (the "CMWO").

2. Plaintiff's claims under the FLSA and the Portal-to-Portal Act must be dismissed as non-justiciable and moot. Although Defendants vigorously deny Plaintiff's allegations, Plaintiff's claims and that Plaintiff is entitled to any amount of money for alleged unpaid overtime wages or any damages, in the interest of expeditious resolution of this matter, Defendants have tendered to

1

Plaintiff payment in full for alleged overtime wages and alleged liquidated damages in the amount of Eight Thousand Five Hundred Two and 84/100 Dollars ($8,502.84) claimed by Plaintiff under the FLSA or Portal-to-Portal Act. (A copy of the check tendered to Plaintiff is attached hereto as Exhibit A.) Consequently, a case or controversy no longer exists under the FLSA or Portal-to-Portal Act for purposes of federal court jurisdiction. *See Wright v. Calumet City, Illinois,* 848 F.3d 814, 816 (7th Cir. 2017); *Already, LLC v. Nike, Inc.*, 568 U.S. 85, 91 (2013).

3. Inasmuch as Plaintiff's federal claims are subject to dismissal, Plaintiff's supplemental claims under the IMWL and the CMWO should be dismissed without prejudice. *Al's Serv. Ctr. v. BP Prod. No. Am., Inc.,* 599 F.3d 720, 727 (7th Cir 2010); *Amador v. Guardian Installed Services, Inc.*, 575 F.Supp.2d 924, 930 (2008).

4. Defendants submit a Memorandum of Law in support of this Motion to Dismiss and incorporate that Memorandum herein by reference.

WHEREFORE, Defendants, Consumer Law Partners, LLC and Rachel Schatz, respectfully request that this Honorable Court dismiss Plaintiff's FLSA and Portal-to-Portal claims with prejudice and dismiss Plaintiff's claims under the IMWL and CMWO without prejudice.

        Respectfully Submitted,

        **JAFFE & BERLIN, L.L.C.**

        *Attorneys for Defendants,*
        *Consumer Law Partners and*
        *Rachel Schatz*

        By: /s/    Jay S. Berlin

Jay S. Berlin, Esq. (#6206563)
Shawn C. Clancy (#6307720)
Denise K. Garvy (#6216365)
Jaffe & Berlin, L.L.C.
111 West Washington Street, Suite 900
Chicago, Illinois 60602
(312) 372-1550
jberlin@jaffeberlin.com
sclancy@jaffeberlin.com
dgarvy@jaffeberlin.com

3

# EXHIBIT A

